AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

| FILED ✓ | RECEIVED |
|---|---|
| ENTERED | SERVED ON |

COUNSEL/PARTIES OF RECORD

FEB 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of __NEVADA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:12-CR-0021-LRH-VPC |
| | ) | |
| BRAND SEE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, NV 89501<br>Honorable William G. Cobb, U.S. Magistrate Judge | Courtroom No.: | 2 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | **March 1, 2012 at 3:00 P.M.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Feb 23, 2012

_____
*Judge's signature*

Robert A. McQuaid, Jr., U.S. Magistrate Judge
_____
*Printed name and title*